LAW LIBRARY

NO. 30665

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE GLENN S. HARA, JUDGE OF CIRCUIT
COURT OF THE THIRD CIRCUIT, STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the August 18, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 10, 2010.

FOR THE COURT:



*James E. Duffy, Jr.*

Associate Justice

---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ., and Circuit Judge Nishimura, assigned by reason of vacancy.